**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **EFG Shared Services, LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)   **81-4682777** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8877 S. 137th Cir, Suite 1**<br>**Omaha, NE 68138**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sarpy**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **EFG Shared Services, LLC**          Case number (*if known*) _____
         Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **EFG Shared Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**        .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **EFG Shared Services, LLC**                                          Case number (*if known*) _____
           Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 31, 2018**
                MM / DD / YYYY

**X** **/s/ Jennifer Cain**                                          **Jennifer Cain**
Signature of authorized representative of debtor                     Printed name

Title     **CEO**

---

**18. Signature of attorney**

**X** **/s/ Patrick R. Turner**                          Date     **July 31, 2018**
Signature of attorney for debtor                                  MM / DD / YYYY

**Patrick R. Turner 23461**
Printed name

**Stinson Leonard Street**
Firm name

**1299 Farnam Street**
**Suite 1500**
**Omaha, NE 68102**
Number, Street, City, State & ZIP Code

Contact phone    **402-342-1700**       Email address    **patrick.turner@stinson.com**

**23461**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **EFG Shared Services, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 31, 2018**          X **/s/ Jennifer Cain**
                                          Signature of individual signing on behalf of debtor

                                          **Jennifer Cain**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **EFG Shared Services, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Panorama Point Partners, LLC | 13030 Pierce St Ste 300 | | | Omaha | NE | 68144 | 67,287.48 |
| 2 | Lutz | 13616 California St Ste 300 | | | Omaha | NE | 68154-5336 | 28,684.95 |
| 3 | Boelter | P.O. BOX 8741 | | | Carol Stream | IL | 60197-8741 | 17,692.47 |
| 4 | Shamrock | PO Box 52438 | | | Phoenix | AZ | 52438 | 17,523.51 |
| 5 | Kutak Rock LLP | PO Box 30057 | | | Omaha | NE | 68103-1157 | 17,304.67 |
| 6 | Penske Truck Leasing | PO Box 802577 | | | Chicago | IL | 60680-2577 | 15,980.14 |
| 7 | Mac Munnis | 1840 Oak Ave, Ste 3 | | | Evanstan | IL | 60201 | 10,697.61 |
| 8 | Rob McCutcheons | 2041 W Homer St | | | Chicago | IL | 60647 | $10,000.00 |
| 9 | MREM BOT Property, LLC | PO Box 310687 | | | Des Moines | IA | 50331-0687 | 5,815.40 |
| 10 | Gordon Food Service | 2045 Attic Pkwy | | | Kennesaw | GA | 30152 | 5,777.51 |
| 11 | Hawthorne Plaza-RE6693 | PO Box 6149 | | | Hicksville | NY | 11802-6149 | 5,738.09 |
| 12 | Paxton Group LLC | 999 S Logan St Suite 300 | | | Denver | CO | 80209 | 5,387.65 |
| 13 | OPPD | PO Box 3995 | | | Omaha | NE | 68103-0995 | 4,663.90 |
| 14 | Jordan Creek Investments, LLC | 2540 73rd Street | | | Urbandale | IA | 50322 | 4,616.67 |
| 15 | USDA-Food Safety & Inspection Svc | US Bank - FSIS Lockbox | PO Box 979001 | | St. Louis | MO | 63197-9001 | 4,361.22 |
| 16 | Royce WGH, LLC | 12910 Pierce St, Suite 110 | | | Omaha | NE | 68144 | 4,303.98 |
| 17 | Diecutstickers | 345 Andover Park E. | | | Tukwila | WA | 98188 | 4,300.00 |
| 18 | Quantum Management | 1925 North 120th Street | | | Omaha | NE | 68154 | 4,221.20 |
| 19 | The Nigro Family Partnership | 3148 W 138th Terr | | | Leawood | KS | 66224 | 3,997.00 |
| 20 | Olathe Station North, LLC | c/o The R.H. Johnson Company | 4520 Madison Ave., Suite 300 | | Kansas City | MO | 64111 | 3,969.23 |
| 21 | Noddle Companies | PO Box 24169 | | | Omaha | NE | 68124 | 3,886.66 |
| 22 | DLE Seven LLC | PO Box 187 | | | Ankeny | IA | 50021 | 3,564.35 |
| 23 | Elite Spices | 7151 Monteviedo Rd | | | Jessup | MD | 20794 | 3,362.71 |
| 24 | Thermal Services | 13330 I Street | | | Omaha | NE | 68137 | 3,192.93 |
| 25 | WC 370 LLC | 17105 S Hwy 50 | | | Springfield | NE | 68059 | 3,172.25 |
| 26 | Likes Meyerson Hatch LLC | 444 Regency Parkway Dr, Ste 100 | | | Omaha | NE | 68114 | 2,919.48 |
| 27 | Greater Omaha | PO Box 7566 | 3001 I St | | Omaha | NE | 68107-0566 | 2,916.03 |
| 28 | Lanoha 135 Millard LLC | Attn: Kris Carter | 19111 W. Center Rd | | Omaha | NE | 68130 | 2,750.00 |
| 29 | GRI Corinth North, LLC | PO Box 664001 | | | Dallas | TX | 75266-4001 | 2,547.57 |
| 30 | MDM Equity-2016, LLC | c/o Knapp Properties, Inc. | 5000 Westown Pkwy, Ste 400 | | West Des Moines | IA | 50266 | 2,516.48 |
| 31 | Rich James, Sarpy County Treasurer | Sarpy County Treasurer | 1210 Golden Gate Drive #1120 | | Papillion | NE | 68046-2842 | 1,633.61 |
| 32 | Staples | PO Box 660409 | | | Dallas | TX | 75266-0409 | 1,617.06 |
| 33 | Cintas - 9286 | PO Box 88005 | | | Chicago | IL | 60680-1005 | 1,415.18 |
| 34 | Woodside Village North, LLC | c/o Jessica Pipes | 2200 W 47th Place | | Westwood | KS | 66205 | 1,313.71 |
| 35 | TMI Services | 1135 E 5th St | | | Kansas City | MO | 64106 | 1,252.20 |
| 36 | Edixon Distribution | 6707 Giles Road #108 | | | Papillion | NE | 68133 | 1,225.00 |
| 37 | American Bottling Company | 23214 Network Place | | | Chicago | IL | 60673-1232 | 1,059.60 |
| 38 | Dial One | 743 E Dunlap | | | Phoenix | AZ | 85020 | 991.95 |
| 39 | BESTECH MECHANICAL | 207 Commerce Dr, Suite 401 | | | Dallas | GA | 30132 | 875.00 |
| 40 | SGS Vanguard Sciences | PO Box 2502 | | | Carol Stream | IL | 60132-2502 | 800.00 |

# United States Bankruptcy Court
## District of Nebraska

In re   **EFG Shared Services, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 31, 2018**

**/s/ Jennifer Cain**

**Jennifer Cain**/**CEO**
Signer/Title

180 Burke, LLC
1925 N. 120th St.
Omaha, NE 68154


8877 South 137th Circle, LLC
14803 Frontier Road
Omaha, NE 68138


A B Healthy Foods, LLC
18058 HONEYSUCKLE DR
Elkhorn, NE 68022


Access Bank
8712 West Dodge Road
Omaha, NE 68114


ADP
One ADP Boulevard
Roseland, NJ 07068


AMC Enterprises, LLC
8240 Keystone Drive
Omaha, NE 68134


American Bottling Company
23214 Network Place
Chicago, IL 60673-1232


American Disposal Service
PO Box 28150
Miami, FL 33102-8150


American Express Copmany, Corporate Serv
AESC-P1
20022 N 31st Ave, Mail Code AZ-08-03-1
Phoenix, AZ 85027


American Express Travel Realted Services
Attn: General Counsel's Office
200 Vesey St
New York, NY 10285


Ancona, Maria
1012 Skyline Dr
Elkhorn, NE 68022

Anderson, Braxton
3704 S 97th St
Omaha, NE 68124


Aps
Po Box 2906
Phoenix, AZ 53933


Aranda, Emilia
4531 Parker St
Omaha, NE 68104


Arias, Azucena
3613 V St
Omaha, NE 68107


Armstrong, Tyler
4918 Lydia Ave
Kansas City, MO 64110


AT T
PO Box 5093
Carol Stream, IL 60197


At t
PO Box 6463
Carol Stream, IL 60197-6463


Atlanta Group
450 Regency Parkway, Suite 340
Omaha, NE 68114


Atmos Energy
PO Box 790311
St. Louis, MO 63179


Baillie, Jennalea G
9703 Jefferson Plz #8
Omaha, NE 68127


Ballinas, Maritza
2007 Betz Rd Lot 42e
Bellevue, NE 68005

Ballinas, Yolanda
2007 Betz Rd Lot 42e
Bellevue, NE 68005


Bare, Taylor
425 Washington St APT 405
Kansas City, MO 64105


Barrera, Ana
4934 S 24th St Apt. 12
Omaha, NE


Beebe, Wyatt T
2240 W 138th Terrace
Leawood, KS 66224


Bell, Angelo
4515 Walnut St Apt 113B
Kansas City, MO 64111


Beltran, Angelica
4022 S 21st St
Omaha, NE 68107


Beltran, Norma
3314 Y St
Omaha, NE 68107


BESTECH MECHANICAL
207 Commerce Dr, Suite 401
Dallas, GA 30132


Bird, Erik S
15916 Lake St.
Omaha, NE 68116


Bishop, Jessica
205 Matthies Dr
Papillion, NE 68046


Black Hills Energy
PO Box 6001
Rapid City, SD 57709

Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001

Blevins, Arkeisa
7060 Oakhill Cir
Austell, GA 30168

Blevins, Lola R
500 Lorene Dr SW
Marietta, GA 30060

Blue Beetle
PO Box 7239
Kansas City, MO 64113

Bockover, Brooklyn
10718 W 35th Ct S
Wichita, KS 67215

Boelter
P.O. BOX 8741
Carol Stream, IL 60197-8741

Boldridge, Chanelle
5615 Foster St
Misson, KS 06602

Brink, Tanya
236 N Church St
Olathe, KS 66061

Brookbank, Matthew L
9663 Berry Plaza, #187
Omaha, NE 68127

Brown, Lakisha
628 Woodridge Dr
Atlanta, GA 30339

Buezo, Maria
3709 Bedford Ave
Omaha, NE 68111

Burch, Tyler
10212 Y St
Omaha, NE 68127

Burt, Sarah
14515 Grandview St
Overland Park, KS 06622

Cain, Jennifer M
5537 N 160th Ave
Omaha, NE 68116

Cardona Morales, Elfido Eli
3615 W St
Omaha, NE 68107

Carlsen, Anthony P
3926 Wayne Ave
Kansas City, MO 64110

Castillo, Abilio
323 Olive St
Kansas City, MO 64124

Castillo, Alondra
2599 Evans St
Omaha, NE 68111

Century Link
PO Box 4300
Carol Stream, IL 60197

Chacon Gonzalez, Rolando
2508 W Elm St #220
Phoenix, AZ 85017

Chadron EFGAZ LLC
8323 S. Shannon Rd.
#7107
Tuscon, AZ 85742

Chadron EFGAZ LLC
c/o DDLG BUSINESS SERVICES, INC.
Suite 110
13625 CALIFORNIA STREET
Omaha, NE 68154


Chester, Timothy
811 W 77th St
Kansas City, MO 64114


Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250-5620


Cintas
PO Box 88005
Chicago, IL 60680-1005


Cintas
CSC-LAWYERS INCORPORATING SERVICE COMPAN
Lincoln, NE 68508


Cisneros, Graciela
1218 S 17th St
Omaha, NE 68108


City of Ankeny
220 W 1st St
Ankeny, IA 50023-1751


City of Phoenix
PO Box 29100
Phoenix, AZ 85038-9100


CNA Insurance / Continental Casualty Com
333 S. Wabash Ave
Chicago, IL 60604


Cobb County Water Systems
660 South Cobb Dr SE
Marietta, GA 30060


Comcast
PO Box 2127
Norcorss, GA 30091

Commercial Disposal
PO Box 488
Smyrna, GA 30081


ConAgra Foods, Inc.
Attn: Sr. Director of Real Estate  Faci
Eleven ConAgra Drive
Omaha, NE 68102


ConAgra Foods, Inc.
Attn: Legal Department
One ConAgra Drive
Omaha, NE 68102


Cook, Sharon
12141 ClubHouse Dr
Kansas City, MO 66109


Cornelius, Hanna M
6565 Foxridge Dr. #251
Misson, KS 06602


Cox Communications
401 n 117th St
Omaha, NE 68154


Cruz, Alicia
6363 Grover St Lot 55
Omaha, NE 68106


Cruz, Socorro
5530 N 16th St
Omaha, NE 68110


Culbreath, Corey
484 Field View Dr
McDonough, GA 30253


Curbside Recycling and Disposal
3219 E. Camelback Rd
Phoenix, AZ 85018


Cutthroat Print
11429 Davenport St
Omaha, NE 68154

Daigle, Rachelle
19317 Blondo St
Omaha, NE 68022


Daigle, Rebecca J
23696 County Road P10
Arlinston, NE 68002


De Young, Autumn
13720 N 88th Ave, Apt #3057
Peoria, AZ 83581


Delaware, Daniel
1510 Argyle St
Hamburg, IA 51640


Demarbieux, Parris J
2327 W Rovey Ave
Phoenix, AZ 85015


Denny Elwell Company LLC
2401 S.E. Tones Drive, Ste 17
Ankeny, IA 50021


DeRoos, Caleb
609 W 39th Terrace #8
Kansas City, MO 64111


DesMarteau, Francois
12905 Inverness Dr
Kansas City, MO 64145


Dettorre, Brittany
5921 W Nancy Rd
Glendale, AZ 85306


Dettorre, Michele
5921 W Nancy Rd
Glendale, AZ 85306


Dial One
743 E Dunlap
Phoenix, AZ 85020

Diaz, Marisela
2312 S 14th St
Omaha, NE 68108


Diaz, Sandra Diaz
1122 Park Ave, #4
Omaha, NE 68105


Diecutstickers
345 Andover Park E.
Tukwila, WA 98188


Diego Jose, Lucia
6007 S 39th St
Omaha, NE 68107


Dillion, Anna
2760 Ave M
Little River, KS 67457


Dillon, Joseph M
820 E Purdue Ave, Unit A
Phoenix, AZ 85020


Distribution Market Advantage
Distribution Market Advantage, Inc., 151
Schaumburg, IL 60173


DKAH LLC
18466 Adams St, Omaha, NE 68135
Omaha, NE 68135


DKAH LLC
c/o Matthew J. Bock
10610 SHAWNEE MISSION PARKWAY
#200
Shawnee, KS 66203


DLE Seven, LLC
PO BOX 187
Ankey, IA 50021


DLR
DLR Group inc., 6457 Frances St., Suite
Omaha, NE 68106

Drew, Sidney J
4914 Capitol Ave, Apt #6
Omaha, NE 68132


Dunlap, Stevey
3317 Spruce Ave
Kansas City, MO 64128


Dvorak Law Group
c/o David Dvorak
13625 California St., Suite 110
Omaha, NE 68154


E FIT G KRNY, L.L.C.
2707 2nd Ave Suite D
Kearney, NE 68845


E FIT G KRNY, L.L.C.
c/o LISA J EUREK
110 CEDAR STREET


Easley, Rodricus
7060 Oakhill Cir
Austell, GA 30126


Eat Healthy, LLC
1304 Riverside Blvd Norfolk, Ne 68701
Norfolk, NE 68701


Echo Global Logistics
22168 Network Place
Chicago, IL #####-####


Echterling, Kelsey
3811 SW Scherer Rd
Lee's Summit, MO 64082


Edixon Distribution
6707 Giles Road #108
Papillion, NE 68133


Edixon Yogurt
6707 Giles Rd. #108
Papillion, NE 68133

EFG Distribution, LLC
10201 W Bluff Rd
Malcom, NE 68402


EFGP LLC
5005 S 135th St #3230 Omaha NE 68137 (pe
St. Joseph, MO 64506


EFGroupATL, LLC
450 Regency Parkway, Suite 120
Omaha, NE 68114


EFGroupATL, LLC
ABRAHAMS KASLOW   CASSMAN LLP
8712 WEST DODGE ROAD
Suite 300
Omaha, NE 68114


Elite Spices
7151 Monteviedo Rd
Jessup, MD 20794


Eremeeva, Victoria A
17217 Emiline Street
Omaha, NE 68136


Erik Bird
818 S 37 AVE #9
Omaha, NE 68105


Execupay
14301 FNB Pkwy. Suite 204
Omaha, NE 68154


Falkner, Rebecca C
5800 W 89th Terrace
Overland Park, KS 66207


Food Safety Net Services
P.O. Box 116438
Carrollton, TX 75011-6438


Forhan, Carli Marie
4908 Marshall Dr
Omaha, NE 68137

Four Sons LLC
23057 Bella Cir.
Glennwood, IA 51534


Four Sons LLC
8421 UNIVERSITY BLVD STE M
Des Moines, IA 50325


Fredrickson, Mark W
18058 Honeysuckle Dr
Elkhorn, NE 68022


Fuentes, Marisela
2938 Clarkson Ave
Omaha, NE 68105


Gadson, Daryl
955 Maple Leaf Dr
McDonough, GA 30253


Gaines, Alyssa M
19213 Costanzo Plaza Apt 3B
Omaha, NE 68022


Gaines, Lonnie J
11706 Norwick Plaza, Apt #58
Omaha, NE 68164


Gallegos III, Thomas Joe
4322 W Whitton Ave
Phoenix, AZ 85031


Garcia, Juana
1710 S 11th St
Omaha, NE 68108


Garcia, Lourdes
1114 S 42nd St
Omaha, NE 68105


Garrett, Courtney
5534 Lydia Ave
Kansas City, MO 64110

Garza, Jacklyn S
2704 E Shaw Butte Dr.
Phoenix, AZ 85028


General Parts LLC
PO Box 9201
Minneapolis, MN 55480-9201


Georgia Power
96 Annex
Atlanta, GA 30396


Giebler, Kathleen A
9806 S 176th St
Omaha, NE 68136


Gil, Guadalupe
7607 Park View Blvd
La Vista, NE 68128


Glenn, Logan M
14728 Maple St
Overland Park, KS 66223


Go Madik 1 LLC
PO Box 21432
Overland Park, KS 66283


Go Madik 1 LLC
14712 Grandview
Overland Park, KS 66221


Gochenour, Ryan M
2259 Liberty Ave
Missouri Valley, IA 51555


Gonzalez Cruz, Cinthia
2007 Getz Rd # 49a
Bellevue, NE 68005


Gonzalez Guerra, Jennifer
2711 S 23rd St Apartment #2
Omaha, NE 68108

Gonzalez, Francisco
5219 S 22 St
Omaha, NE 68107


Google G Suite
1600 Amphitheater Pkwy.
Mountain View, CA 94043


Gordon
1500 North River RD
Lithia Springs, GA 30122


Gordon Food Service
2045 Attic Pkwy
Kennesaw, GA 30152


Gorman, Destiny A
3705 Bedford Ave
Omaha, NE 68111


Granados, Hector Hugo
16450 Washington St
Omaha, NE 68135


Greater Kansas City Chamber of Commerce
30 W Pershing Road, Suite 301
Kansas City, MO 64108


Greater Omaha
PO Box 7566
3001 I St
Omaha, NE 68107-0566


Gress, Debra A
105 W Gold Coast Rd, Apt #8
Papillion, NE 68046


GRI Corinth North, LLC
c/o First Washington Realty, Inc.
4350 East-West Highway, Suite 400
Bethesda, MD 20814


GRI Corinth North, LLC
PO Box 664001
Dallas, TX 75266-4001

Guadalupe, Maria
3112 Woolworth Ave Apt #2
Omaha, NE 68105


Hallman, Thomas
3619 S 97th St
Omaha, NE 68124


Halo Banded Solutions, Inc.
Attn: John Campbell, Director of Corpora
1980 Industrial Drive
Sterling, IL 61081


Halo Branded Solutions Inc.
3182 Momentum Place
Chicago, IL 60689-5331


Halo Branded Solutions, Inc.
3182 Momentum Place
Chicago, IL 60689


Hanna, Blake
5024 Amy Cir
Omaha, NE 68137


Hansen, Lisa
24318 Howard Cir
Waterloo, NE 68069


Hardy, Angela
2815 S 39th St
Omaha, NE 68105


Harris, Marilyn
1453 Riverrock Ct
Omaha, NE 30296


Haug, Adam
121 N 35th Ave
Omaha, NE 68131


Hawthorne Plaza, LLC
c/o CBRE, Inc.
4717 Grand Ave., Suite 500
Kansas City, MO 64112

Hawthorne Plaza, LLC
c/o Holland  Knight LLP
200 Crescent Court, Suite 1600
Kansas City, MO 75201


Hawthorne Plaza, LLC
c/o Invesco Advisers, Inc.
2001 Ross Ave, Suite 3400
Dallas, TX 75201


Hawthorne Plaza-RE6693
PO Box 6149
Hicksville, NY 11802-6149


Hayden Meyer
c/o Brown  Kannady, LLC
2000 S. Colorado Blvd., Suite 2-440
Denver, CO 80222


Hinkel, Tanner E
6943 Oak St
Kansas City, MO 64113


Hogan, Brooke A
5621 N 112th Cir
Omaha, NE 68164


Hraborsky, Kathleen
16269 Young Cir
Bennington, NE 68007


Hubert, Brock S
307 N 37th St
Omaha, NE 68131


Hurst Holding Company, LLC
2217 S 218th St
Elkhorn, NE 68022


Husker Power Enterprises, LLC
1101 Grindstone Pkwy #106
Columbia, MO 65201

Husker Power Enterprises, LLC
c/o Keller, Bennett S. Esq.
7701 Forsyth Blvd., Suite 500
St. Louis, MO 63105


International Spices
1040 Lucius St.
Fremont, NE 68025


iThinkFit
c/o Brodkey Peebles Belmont  Line
10855 W. Dodge Rd., Suite 100
Omaha, NE 68154


Ivanova, Whitney
7315 Stafford Dr.
Council Bluffs, IA 51503


JJ D Enterprises, LLC
636 N 137th Ave.
Omaha, NE 68154


JJ D Enterprises, LLC
11020 OAKMONT ST.
Overland Park, KS 66210


John Hoang
c/o Brown  Kannady, LLC
2000 S. Colorado Blvd., Suite 2-440
Denver, CO 80222


Johnson, Chancy S
1903 Oriole Dr
Bellevue, NE 68123


Johnson, Joseph E
15383 Grand Plaza Apt 116
Omaha, NE 68116


Jomarron, Arlety
8040 N 11th Pl
Phoenix, AZ 85020

Jones, Abby
7611 Conser St
Overland Park, KS 66204


Jordan Creek Investments, LLC
2540 73rd Street
Urbandale, IA 50322


Jordan Creek Investments, LLC
Hogan Law Office
3101 Ingersoll Ave.
Des Moines, IA 50312


JQ Office
3350 North 90th Street
OMaha, NE 68134


Juan Rivera, Gloria
3115 Charles St
Omaha, NE 68131


Kansas City CCTV And Security
PO Box 660
Liberty, MO 64068


Kansas City Power and Light
PO BOX 219330
Kansas City, MO 64121


Kansas Gas Service
P.O. Box 219046
Kansas City, MO 64121


KCKChamber
727 Minnesota Avenue
Kansas City, KS 66101


Kearney
c/o Scott Korzenowski, Dady  Gardner, P
5100 IDS Center
80 South 8th St
Minneapolis, MN 55402

Kinman, Caitlin
715 Armour Rd, #712
North Kansas City, MO 64116

Koca, Blaike
3108 Golden Eagle Circle
Blair, NE 68008

Koetter, Joshua
3820 F St
Omaha, NE 68107

Kokotajlo, Sara
7532 Legacy St
Papillion, NE 68046

Kouba, Morgahn
12568 S 82nd St
Papillion, NE 68046

Krause, Margaret
9242 Lee Blvd
Leawood, KS 66206

Kutak Rock
c/o General Counsel
1650 Farnam Street
Omaha, NE 68102

Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

Lacy, Kimberly
4455 Madison Ave
Kansas City, MO 64111

Lanoha 135 Millard LLC
Attn: Kris Carter
19111 W. Center Rd
Omaha, NE 68130

Lazarowicz, Michele Marie
8907 Haskins St
Lenexa, KS 66215

Leanos, Jose
8213 W 57th St
Mission, KS 06602

LeRiger, Mia
7107 S 140th Ave
Omaha, NE 68138

Liberty Mutual
9450 Seward Rd.
Fairfield, OH 45014-5456

Liebig, Alexis J
255 14th Ave
Columbus, NE 68601

Likes Meyerson Hatch LLC
444 Regency Parkway Dr, Ste 100
Omaha, NE 68114

Linkhart, Kaitlynn A
5804 N 166th St
Omaha, NE 68116

Little, Rayshaunda
2175 Derby Dr SW
Atlanta, GA 30311

Live Well Enterprises, LLC
c/o Aaron McKeever
8877 S 137th Cir., Suite 1
Omaha, NE 68138

Lopantzi, Adan
3927 Q St
Omaha, NE 68107

Lutz
13616 California St Ste 300
Omaha, NE 68154-5336

Lyons, Teresrishmon
1907 Glenmar Dr
Decatur, GA 30032

M-III Olathe Station Property, LLC
4220 Shawnee Mission Pkwy, Suite 200-B
Fairway, KS 66205


Mac Munnis
1840 Oak Ave, Ste 3
Evanstan, IL 60201


Macossay, Jessica
8803 N 160th St
Bennington, NE 68007


Madison, Hannah
13806 Clearwater Dr
Papillion, NE 68133


Mahoney Fire Sprinkler Inc.
5004 S 110th St.
Omaha, NE 68137


Marietta Macaroni Company, LLC
479 Old Chelsea Circle
Marietta, GA 30067


Markham, Erin
125 W Broadway Apt 207
Council Bluffs, IA 51503


Marking Refrigeration, Inc.
4760 South 134th Street
Omaha, NE 68137


Marsh, Karl
2610 S 105th Ave
Omaha, NE 68124


Martinez, Elizabeth
2226 S 15th St
Omaha, NE 68108


Martinez, Kassandra
2010 Poppleton Ave
Omaha, NE 68108

Martinez, Misael
6231 Karen St
Omaha, NE 68117


Martinez, Regina
1712 Castelar St
Omaha, NE 68108


Martinez, Victoria
3460 S 16 St
Omaha, NE 68108


McCulley, Maison
17831 Harney St
Omaha, NE 68118


MDM Equity - 2016 LLC
c/o Knapp Properties, Inc.
5000 Westown Parkway, Suite 400
West Des Moines, IA 50266


Medina Pivaral, Aura Marina
3615 W St
Omaha, NE 68107


Meissner, Nicholas
12273 S Strang Line Rd Apt 1216
Olathe, KS 66062


Mejia, Stephany
1026 S 25th St
Omaha, NE 68105


Merrill, Chad
Po Box 11461
Overland Park, KS 66207


Metropolitan Utilities District
PO Box 3600
Omaha, NE 68103-0600


Mid American Energy
PO Box 8020
Davenport, IA 52808

MidAmerican Energy
PO Box 8020
Davenport, IA 52808-8020


Midland Pumping Service
11529 Portal Road, Suite 12
LaVista, NE 68128


Missouri Department of Revenue
Taxation Division
PO Box 3375
Jefferson City, MO 65105-3375


Missouri Gas Service
Drawer 2
St. Louis, MO 63171


Mitchell, Alexander G
4262 Jefferson St
Kansas City, MO 64111


MREM BOT Property, LLC
c/o Colliers Intl.
4520 Main St., Suite 1000
Kansas City, MO 64111


MREM BOT Property, LLC
4220 Shawnee Mission Pkwy., Suite 200-B
Fairway, IA 66205


MREM BOT Property, LLC
PO Box 310687
Des Moines, IA 50331-0687


MUD
1723 Harney st
Omaha, NE 68102


Mulloy, Tara
1305 E Armour Blvd Apt 208
Kansas City, MO 64109


MULTIVAC
Multivac, Inc., 11021 N Pomona Ave.
Kansas City, MO 64153

Munoz, Maria
2910 Clarkson Ave
Omaha, NE 68105


Musson, Madelyn
2 Wycklow St
Overland Park, KS 66207


MVU Properties, LLC
17730 S Reflection Ave
Bennington, NE 68007


Nechkash, Jeffrey J
8908 Bellevue Dr
Plattsmouth, NE 68048


Neunuebel, Angela
4008 W 123rd St
Leawood, KS 66209


Nick Ferer
10 Fox St.
Portland, ME 04101


Nieto, Herlinda P
9666 Berry Plz #158
Omaha, NE 68127


Nigro Family Partnership, L.P.
Brancato Haggerty  Palmentere, L.C.
c/o Frank Brancato
2029 Burlington Street, Suite 100
North Kansas City, MO 64116


Nihsen, Bailey A
1011 N 192nd Ct. Apt. 327
Elkhorn, NE 68022


Noddle Companies
PO Box 24169
Omaha, NE 68124


Norton, Bailey
2807 S 138th St
Omaha, NE 68144

Ochoa, Nathaniel
3211 E Marconi Ave
Phoenix, AZ 85032


Olathe Station North, LLC
c/o The R.H. Johnson Company
4520 Madison Ave., Suite 300
Kansas City, MO 64111


Olmedo Jimenez, Jimmy
11415 Floyd Dr
Overland Park, KS 66210


Olo
26 Broadway, 24th Floor
New York, NY 10004


Omaha Neon
1120 N. 18th St
Omaha, NE 68102-4108


Omaha Public Power
444 S 16th St. Mall
Omaha, NE 68102


OmaStings, LLC
450 Regency Parkway, Suite 340
Omaha, NE 68114


OmaStings, LLC
c/o Nicholas T. Dafney
13625 California St, Ste 110
Omaha, NE 68154


OPPD
PO Box 3995
Omaha, NE 68103-0995


Pacheco, Clarisa
1026 S 25th St
Omaha, NE 68105


Pacheco, Nora
3509 S. Washington Street
Omaha, NE 68107

Panorama Point Partners, LLC
13030 Pierce St Ste 300
Omaha, NE 68144


Paxton Group, LLC
c/o Elkco Properties, Inc.
999 S Logan St., Suite 300
Denver, CO 80209


Penske (lease)
2675 Morgantown Road
Reading, PA 19607


Penske Truck Leasing
PO Box 802577
Chicago, IL 60680-2577


Persley, John
120 River Birch Trce
Fayetteville, GA 60215


Persolvent
940 Hastings Ave
St Paul Park, MN 55071


Petersen, Sara E
9605 S 26th Ave
Bellevue, NE 68147


Polsley, Abby
15057 Emmett St
Omaha, NE 68116


Ponack, Nicole Brooke
13016 Chandler
La Vista, NE 68128


Postmates
51 Federal St.
San Francisco, CA 94107


Presto X
10421 Portal Rd #101
Gretna, NE 68028

Presto-X
PO Box 14087
Reading, PA 19612-4087


ProGuard
PO Box 70343
Chicago, IL 60673-0343


Pulford, Jovon "Tony"
1831 Pembroke Crescent W
Independence, MO 64057


Purtlebaugh, Robby
3213 S. 44th Ave
Omaha, NE 68105


Quantum Management
1925 North 120th Street
Omaha, NE 68154


Ramos, Alfredo Arcaya
1719 Hardesty Ave
Kansas City, MO 64127


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Revel
303 Second St, North Tower, Suite 550
San Francisco, CA 94107


Ricardo Aguilera, Ludmila
2508 W Elm St
Phoenix, AZ 85017


Rich James, Sarpy County Treasurer
Sarpy County Treasurer
1210 Golden Gate Drive #1120
Papillion, NE 68046-2842


Rigel Airport Services
4501 Abbot Drive
Omaha, NE 68110

RK Fitfoods, Inc.
558 E. Castle Pines Pkwy, B-4324
Castle Rock, CO 80108


Rob McCutcheons
2041 W Homer St
Chicago, IL 60647


Robinson, Mackenzie
2121 Dana Ln
Papillion, NE 68133


Rodrigez, Yoliveth
3705 Bedford Ave
Omaha, NE 68111


Roenfeld, Nick C
2643 N 103rd Ct
Omaha, NE 68134


Rojas, Mikaela Kate
10903 Paul Plaza, #912
Omaha, NE 68154


Royce Grayhawk, LLC
12910 Pierce St., Suite 110
Dallas, TX 68144


Ruge EFG
15950 West Dodge Road, Suite 300
Omaha, NE 68118


Sanchez-Bermudez, Reynaldo
721 Stone Arch Dr
Independence, MO 64052


Sandoval Ponce, Julio Cesar
6138 Charles St
Omaha, NE 68132


Sandoval, Carlos
12240 Anne St
Omaha, NE 68137

Santos, Naomi
1025 S 25th St
Omaha, NE 68105


Scana Energy
PO Box 1290
Centreville, VA 20122


Sealey, Lauren
2603 S 8th St
Council Bluffs, IA 51501


SEI Access
2238 S 156 Cir.
Omaha, NE 68130


SEI Alarm
2238 S 156 Cir.
Omaha, NE 68130


Sensaphone
901 Tryens Road
Aston, PA 19014


Senthavy, Thasadaphone
20355 Willow Ct
Spring Hill, KS 66083


Sexton Pest Control
Phoenix Branch
14040 N Cave Creek Rd Suite 306
Phoenix, AZ 85022


Sexton Pest Control
1401 N 29th Ave., Phoenix, AZ 85009
Phoenix, AZ 85009


SGS Vanguard Sciences
PO Box 2502
Carol Stream, IL 60132-2502


Shamrock
PO Box 52438
Phoenix, AZ 52438

Silva Feria, Viunaiky
3153 W Orchid Ln
Phoenix, AZ 85051


Skip the Dishes
1209 Orange St.
Wilmingon, DE 19801


Smith, Larry
299 Aberdeen Way
Dallas, GA 30132


Solis, Flor
6201 S 36th St
Omaha, NE 68105


Solis, Karolina
2910 Clarkson Ave
Omaha, NE 68105


Sons, Robert
3046 W Libby St
Phoenix, AZ 85053


Sorto, Kenia
3701 Bedford Ave
Omaha, NE 68111


Soto, Olga
16321 Polk St
Omaha, NE 68135


Southwest Gas Corporation
PO Box 98890
Las Vegas, NV 89193-8890


Spire
Drawer 2
St. Louis, MO 63171


St. Joe
c/o Houghton Bradford Whitted PC, LLC
6457 Frances St., Suite 100
Omaha, NE 68106

Staples
PO Box 660409
Dallas, TX 75266-0409


Stegall, Dionna
772 Jefferson Ave SW
Atlanta, GA 30315


Stock, Cassie
317 Lake Forest Dr
Bonner Springs, KS 66012


Stout, Justin
9006 Larimore Ave
Omaha, NE 68134


superyardz
5035 Summit Wood Dr
Kennesaw, GA 30152


SVV Holdings, LLC
2523 S 165th St.
Omaha, NE 68130


Synergy Loyalty Solutions
12625 High Bluff Drive
#208
San Diego, CA 92120


TELLthefuture LLC
636 N 137th Ave.
Omaha, NE 68154


TELLthefuture LLC
c/o Daren Carlson
17525 Arbor St.
Omaha, NE 68130


The Nigro Family Partnership
3148 W 138th Terr
Leawood, KS 66224


Thermal Services
13330 I Street
Omaha, NE 68137

Thermal Services
13330 I St.
Omaha, NE 68137


TMI Services
1135 E 5th St
Kansas City, MO 64106


Torres, Alicia
4424 S 23rd St
Omaha, NE 68107


Tsys
One Tsys Way
Columbus, GA 31901-4222


Turner, Sharita
554 Evergreen Terrace
Forest Park, GA 30297


Tyco
3980 Dekalb Technology Pkwy.
Doraville, GA 30340-2786


Uber
1455 Market Street, Suite 400
San Francisco, CA 94103


UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577


USDA-Food Safety  Inspection Svc
US Bank - FSIS Lockbox
PO Box 979001
St. Louis, MO 63197-9001


Usher, Kinaya
2120 Glenwood Downs Dr
Decatur, GA 30035


Vaughn, Allyson
14801 Pratt Ct #102
Omaha, NE 68116

Villanueva, Maria
7409 S 25th St
Bellevue, NE 68147

Waitt Aksarben 8, LLC
c/o Noddle Companies, 2285 S 67th St. Su
Omaha, NE 68106

Walker, Kail R
5021 S 196th Circle
Omaha, NE 68135

Wanjala, Linda V
16652 W 155th Terrace
Olathe, KS 66062

WC 370 LLC
17105 South Highway 50
Springfield, NE 68059

West Des Moines Water Works
Suite 1D
4200 Mills Civic Parkway
West Des Moines, IA 50265

Wolken, Cody
2605 S 32nd Ave
Omaha, NE 68105

Woodside Village North, LLC
c/o Jessica Pipes
2200 W 47th Place
Westwood, KS 66205

Woodside Village North, LLC,
1545 Stone Canyon Road
Los Angeles, CA 90077

Zavala, Kelly Gonzales
2519 S 24th St
Omaha, NE 68108

Zielinski, Eddie
6305 Kentucky Rd
Papillion, NE 68133